| | |
|---|---|
| 1 | Eric Slocum Sparks |
| | Arizona State Bar No. 11726 |
| 2 | LAW OFFICES OF ERIC SLOCUM SPARKS, P.C. |
| | 110 South Church Avenue #2270 |
| 3 | Tucson, Arizona  85701 |
| | Telephone (520) 623-8330 |
| 4 | Facsimile (520) 623-9157 |

Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In Re: | Case No. 4:09-bk-10089-EWH |
|---|---|
| ROBERT C NELSON | Chapter 13 |
| TRUDY P NELSON | NOTICE OF SUBMITTING STIPULATED ORDER |
| Debtors. | CONFIRMING CHAPTER 13 PLAN TO CHAPTER 13 TRUSTEE |

Counsel for the debtors, hereby gives notice that counsel has submitted this day to the Chapter 13 Trustee the STIPULATED ORDER CONFIRMING CHAPTER 13 PLAN, a copy of which is attached hereto as Exhibit A and incorporated herein by this reference.

DATED: January 25, 2011

/s/
Eric Slocum Sparks,
Attorney for Debtor

A copy of the foregoing has been
sent this 25th day of January, 2011 to:

mail@dcktrustee.com